# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2014

Robert P. Young, Jr.,
Chief Justice

148066

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re TALH, Minor.

SC: 148066
COA: 314749
Mecosta CC Family Division:
12-001290-AY

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2014



p0523

Clerk